UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Case No. 06-CR-20

-vs-

GEORGIA THOMPSON,

        Defendant.

## ORDER

The defendant, Georgia Thompson ("Thompson"), after being found guilty by a jury of two counts involving state travel contracts, moves this Court for a judgment of acquittal, or, in the alternative, a new trial. In addition, Thompson has filed a request to adjourn the sentencing date.

The Court has read the briefs of the parties and reviewed the record and will deny Thompson's motions. The Court is convinced, after analysis of the evidence, that the jury could conclude as they did. The Court, after post-trial analysis of its rulings at trial, is convinced that these rulings were correct. Thus, there is no basis for acquittal or a new trial.

Further, because the Court at trial rejected the law contained in the cases now offered by Thompson as a basis for a continuance, the Court will deny Thompson's request for an adjournment of the sentencing.

Dated at Milwaukee, Wisconsin, this 20th day of September, 2006.

                                  SO ORDERED,

                                  s/ Rudolph T. Randa
                                  HON. RUDOLPH T. RANDA
                                  Chief Judge