**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-

**Case No. 06-CR-20**
**Appeal No. 6-3676**

**GEORGIA THOMPSON,**

    Defendant.

## ORDER

Pursuant to the order of the Seventh Circuit Court of Appeals issued this date in the above-captioned case relating to the immediate release of the defendant, Georgia Thompson, on her own recognizance and ordering the entrance of a judgment of acquittal which is stayed for 14 days to allow time to file a petition for rehearing.

**IT IS HEREBY ORDERED** that the defendant, Georgia Thompson, is to be immediately released on her own recognizance and may reside in the Western District of Wisconsin pending ultimate resolution of the mandate issued by the Seventh Circuit Court of Appeals.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**